

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00107-CV

Michael F. **WILLIAMS**,
Appellant

v.

Debbie D. **WILLIAMS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15949
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED WITH PREJUDICE. Costs of appeal are assessed against the party that incurred them.

SIGNED August 27, 2014.

Sandee Bryan Marion, Justice